IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN L. INGLE | ) | Civil Action No. 2:10-947 |
| | ) | |
| Plaintiff, | ) | JUDGE GARY L. LANCASTER |
| | ) | |
| v. | ) | Electronically Filed |
| | ) | |
| GOLDBELT EAGLE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date: _____  _____
   Gary L. Lancaster,
   United States District Judge